STATE OF NEW JERSEY v. JAMES JOHNSON.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER SAXTON.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY VAN BUREN MAINOR.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD GOLDSBORO.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD E. ANDERSON.

February 16, 1988.

Petition for certification denied.